McGEE v. EUBANKS

No. 690P85.

Case below: 77 N.C. App. 369.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

MOUNTAIN VIEW, INC. v. BRYSON

No. 791P85.

Case below: 77 N.C. App. 837.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

PASOUR v. PIERCE

No. 544P85.

Case below: 76 N.C. App. 364.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 18 February 1986.

PITTMAN v. INCO, INC.

No. 735P85.

Case below: 78 N.C. App. 134.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

PRESSMAN v. UNC-CHARLOTTE

No. 1PA86.

Case below: 78 N.C. App. 296.

Petition by plaintiff (Maurice Herman) for discretionary review under G.S. 7A-31 allowed 18 February 1986.